BROWN'S AUTO AUCTION SALES COMPANY, INC., v. LILY BRAUNSTEIN, Individually and as Administratrix, etc., of JACOB BRAUNSTEIN, Deceased.— Motion

App. Div.]                    First Department, June, 1927.

to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch and McAvoy, JJ.